PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number:  1:03CR05192-001 REC |
| ) | |
| **DAVID DUANE BRIDGE** ) | |

On May 24, 2004, the above-named was placed on Probation for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL
Senior United States Probation Officer**

Dated:        July 17, 2006
              Bakersfield, California

                    /s/ Rick C. Louviere
**REVIEWED BY:**  _____
              **RICK C. LOUVIERE
              Supervising United States Probation Officer**

**Re:   David Duane BRIDGE**
**Docket Number:**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| July 19, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **OLIVER W. WANGER** |
| | **Senior United States District Judge** |

FE:ks
Attachment:   Recommendation
cc:   United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG